# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-22-00227-CR

**Steven Duane Williams, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 426TH DISTRICT COURT OF BELL COUNTY
### NO. 82662, THE HONORABLE STEVEN J. DUSKIE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Steven Duane Williams filed a motion to dismiss this appeal by withdrawing his notice of appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Smith

Dismissed on Appellant's Motion

Filed: May 18, 2022

Do Not Publish